RECEIVED
SDNY PRO SE OFFICE

2022 MAY 31  PM 12: 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Claudio amauris Nuñez-polanco

Write the full name of each plaintiff.

No. **22 CV 4475**

(To be filled out by Clerk's Office)

-against-

M. Capra Superintendent.
Razia Ferdous C.H.S.D.
C.o Suarez, C.o Maison SST. Pguez-
SST. Mitchell C.o Dela Rosa P.A Nutter

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: They put H.I.V in my body and no want sive me treatment trying to kill me to hide they crime.

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Claudio  Amauris  Nunez
First Name / Middle Initial / Last Name

I Never use Different Name
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

01A3050 Never in Jail Before
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Clinton Correctional Facility
Current Place of Detention

P.O. Box 2000
Institutional Address

Dannemora   New York   12929
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Michael Capra
First Name / Last Name / Shield #
Current Job Title (or other identifying information): Superintendent
Current Work Address: Sing Sing Correctional Facility
County, City: Ossining   State: N.Y   Zip Code: 10562

Defendant 2: Razia Ferdouss
First Name / Last Name / Shield #
Current Job Title (or other identifying information): Facility Health Services Director
Current Work Address: Sing Sing C.F
County, City: Ossining   State: N.Y   Zip Code: 10562

Defendant 3: PA Mutha
First Name / Last Name / Shield #
Current Job Title (or other identifying information): Position Assistance
Current Work Address: Sing Sing C.F
County, City: Ossining   State: N.Y   Zip Code: 10562

Defendant 4: C.O Suarez
First Name / Last Name / Shield #: C-O
Current Job Title (or other identifying information): Sing Sing Correctional Facility
Current Work Address: Ossining   State: N.Y   Zip Code: 10562

Page 3

SST: Mitchell
Sing Sing Correctional Facility,
SST. Pavez.
Sargent
Sing Sing Corr. Fac.
Ossining, N.Y. 10562.

C.O Maison
Police
Sing Sing Corr. Fac.
Ossining, N.Y. 10562

C-O Collins on Colly
Police
Sing Sing Corr. Fac.
354 Hunter Street
Ossining, N.Y. 10562

C-O De La Rosa
Police
Sing Sing Corr. Fac.
354 Hunter Street
Ossining, New York 10562.

C.O Guzman
Police
Sing Sing Corr. Fac.
354 Hunter Street
Ossining, New York 10562.

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Sing Sing Correctional Facility

Date(s) of occurrence: October 14-2021 into April 20-2022

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary. When I was set to Sing Sing CF I was wrote everyday to superintendent Michael Capra to set the assistence to set treatment for H.I.V. But he never reply to me. and when I was call Albany 444 OSF he put hit on my trying to kill me the shooting me two time March-18-2022 and March-25-202 one for 5-C-23 cell 12:42 am other 5-D-62 cell 10:30 pm. In the reply of the grievance SS-0683-21 the F.H.S.D Doctor Fendous say what I received treatment for H.I.V that was a sadistic criminal lie. In March-18-2022 at 6:50pm C-O Suarez maison Collins SST Pavez John Doe Run inside my cell 5-C-23 trying to kill me. C-O Suarez Guzman give the porter in C-Company and D-Company in 5 building weapon gun knife hemmer gasoline key to the cell door to trying to set me kill. In April 19-2022 at dinner time M. Capra use C-O Suarez and maison send 4 inmate to yump me and beat me put spray in my eyes C-O Suarez make my blind and take more of 50 minute to take the off my eyes and in the hospital when I was handcuff behind my back 3 police beat me and trying to put me in the store room to kill me after 5pm medication.

→ Next page back  Page 4

On 2/09/2022 the PA Martin tricking to put Covid-19 in my body use dirty medical I was refuse. My body continue to deteriorate because the criminal sadistic treatment I received the blood test of may-2021 proof what I'm positive of H.I.V and on October-27-2021 the nurse Sual PA say what the test he make I was negative. On December-2-2022 SGT Brook send someone to hit me in my back in the mess hall order by Superintendent M. Cajna. On 4/7/2022 2 polices and a sgt kidneping me and put me in P.S.U play criminal same with my food 15 day.

### INJURIES:
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

H.I.V after it. Black eyes, bad nose mouth brace frozen. They poison me in the food C-O Suarez lot mental ensure, staving hungry use we put me on P.S.U 4/7/2022 into 4/15/2022 give empty tray breakfast lunch. I was loss 15 pound put poison damage my liver.

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

The first thing requesting is to be send to a hospital outside of Department of Correction to get treatment for H.I.V and to get full medical examen. I no sleeping with lot pain on my abdomen the liver side and continue lossing weight the money I leave it Sony Hand I want medical treatment a.s.a.p and go front the Judge a.s.a.p

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

May 24-2022
Dated

Claudio nunz
Plaintiff's Signature

CLAUDIO     a maurus     NUNEZ
First Name   Middle Initial   Last Name

P.O. BOX 2000
Prison Address

Dannemora     N.Y     12929
County, City     State     Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: May-24-2022

Page 6

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2000
DANNEMORA, NEW YORK 12929

NAME: Claudio Nunez   DIN: 01A3050

TO: Pro Se Intake Unit, Clerk,
United States District Court,
Southern District of New York,
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Confidential
Legal Mail