UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDIO AMAURIZ NUNEZ POLANCO,<br><br>      Plaintiff,<br><br>  -against-<br><br>SUPERINTENDENT MICHAEL CAPRA; F.H.S.D. RAZIA FERDOUS; C.O. SUAREZ; C.O. MAISON; P.A. MUTHA; SST PAVEL; SST MITCHELL; C.O. DE LA ROSA; C.O. COLLINS; C.O. GUZMAN; C.O. ROSA,<br><br>      Defendants. | 22-CV-4475 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the February 27, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 27, 2023
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge